**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

JESSICA MINNEY

      v.                                        Civil No. 3:01cv1543(EBB)

TIMOTHY KRADAS,
JOHN DOE 1, AND JANE DOE 1

## JUDGMENT

This matter came on for consideration on defendants' motion for summary judgment before the Honorable Ellen Bree Burns, Senior United States District Judge.

The Court has reviewed all of the papers filed in conjunction with the motion, and on March 31, 2004, a Ruling on Defendants' Motion for Summary Judgment entered granting the relief.

It is therefore ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

Dated at New Haven, Connecticut, this 31st day of March, 2004.

                                                    KEVIN F. ROWE, CLERK
                                                    By
                                                        /s/
                                                    Melissa Ruocco
                                                    Deputy Clerk

EOD: _____