UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JESSICA MINNEY | : |
| VS. | : NO. 3:01CV1543(EBB) |
| TIMOTHY KRADAS, ET AL. | : APRIL 21, 2004 |

<u>NOTICE OF APPEAL</u>

The plaintiff herewith files her notice of intent to appeal the trial court's decision granting the defendants' motion for summary judgment. The court granted the defendants' motion for summary judgment on March 31, 2004.

THE PLAINTIFF

BY_____
Norman A. Pattis
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510
203.562.9931
FAX: 203.776.9494
Federal Bar No. ct13120
Her Attorney

<u>                            </u>          CERTIFICATION

      This is to certify that a copy of the foregoing was mailed, first class mail, postage prepaid, on April 21, 2004, to the following counsel of record:

Stephen R. Sarnoski, Esq.
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

<u>                                        </u>
Norman A. Pattis