# DISTRICT OF CONNECTICUT - NEW HAVEN
## NOTICE OF APPEAL COVER MEMO

**DATE:** April 23, 2004   **TO:** Intake Clerk

**FROM:** Rita Warner - 203-773-2140

**CASE TITLE:** Jessica Minney v's Timothy Kradas, et al

**DOCKET NO.:** 3:01 cv 1543(EBB)

**NOTICE OF APPEAL:** filed: April 22, 2004

**APPEAL FROM:** final judgment: _x_

interlocutory: __

other: __

**DOCKET SHEET:** Attorney, updated address & phone number for each party _Y_

All parties are listed on Docket Sheet (Including Third Parties) _Y_

All docket entries and dates are included _Y_

**FEE STATUS:** Paid _✓_   Due _____   N/A _____

IFP revoked _____   Application Attached _____

IFP pending before district judge _No_

**COUNSEL:** CJA _____   Retained _✓_   Pro Se _____

**TIME STATUS:** Timely _✓_   Out of Time _____

**MOTION FOR EXTENSION OF TIME:** Granted _____   Denied _____

**COA:** Granted _____   Denied _____

**COMMENTS AND CORRECTIONS:**

---

I HEREBY ACKNOWLEDGE RECEIPT OF THE NOTICE OF APPEAL.

**SIGNED:** _Patricia Maffera_   **DATE:** 4/28/04
DEPUTY CLERK, USCA

**USCA No.** _____.