**MANDATE**

UNITED STATES COURT OF APPEALS

FOR THE SECOND CIRCUIT

FILED
Aug 16  2 19 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN

JESSICA MINNEY  : 04-2208-CV

VS.

TIMOTHY KRADAS, ET AL.  : AUGUST 2, 2004



Nhct
01-cv-1543
Burns

### JOINT STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO RULE 42 (a) OF THE APPELLATE RULES OF CIVIL PROCEDURE

The parties hereby stipulate that the appeal may be dismissed with prejudice and without fees and costs to either party.

THE PLAINTIFF

BY _____
NORMAN A. PATTIS
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510
203.562.9931
FAX: 203.776.9494
Federal Bar No. ct13120
Her Attorney

THE DEFENDANTS

BY _____
Stephen Sarnoski, Esq.
Assistant Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, CT 06105
860.808.5450
Federal Bar No. ct05129
Their Attorney

SO ORDERED:

FOR THE COURT
Roseann B. MacKechnie, Clerk of Court
By _____
Stanley A. Bass, Staff Counsel

Aug. 11, 2004

CERTIFIED: 8/11/04

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _____ DEPUTY CLERK