UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JESSICA MINNEY | : | |
| VS. | : | NO. 3:01CV1543(EBB) |
| TIMOTHY KRADAS, ET AL. | : | AUGUST 18, 2004 |

**PLAINTIFF'S MOTION FOR RETURN OF BOND**

    The plaintiff, Jessica Minney, respectfully requests that the bond posted as security for costs in this matter in December 2001 be returned for the reason that judgment has entered against her in this case. She file an appeal but elected not to pursue it and a mandate has entered.

THE PLAINTIFF

BY_____
NORMAN A. PATTIS
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510
203.562.9931
FAX: 203.776.9494
Federal Bar No. ct13120
Her Attorney

<u>           CERTIFICATION</u>

This is to certify that a copy of the foregoing was mailed, first class mail, postage prepaid, on August 18, 2004, to the following counsel of record:

Stephen R. Sarnoski, Esq.
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

NORMAN A. PATTIS