FILED

Aug 19  10 30 AM '04

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JESSICA MINNEY              :

VS.                         :        NO. 3:01CV1543(EBB)

TIMOTHY KRADAS, ET AL.      :        AUGUST 18, 2004

### PLAINTIFF'S MOTION FOR RETURN OF BOND

The plaintiff, Jessica Minney, respectfully requests that the bond posted as security for costs in this matter in December 2001 be returned for the reason that judgment has entered against her in this case. She file an appeal but elected not to pursue it and a mandate has entered.

THE PLAINTIFF

BY _____
NORMAN A. PATTIS
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510
203.562.9931
FAX: 203.776.9494
Federal Bar No. ct13120
Her Attorney